IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTURY INDEMNITY COMPANY, etc., )
)
                Plaintiff, )
)
v. ) No. 06 C 355
)
AMERICAN BANKERS INSURANCE COMPANY )
OF FLORIDA, )
)
                Defendant. )

MEMORANDUM ORDER

Century Indemnity Company ("Century") has brought this action, which presents a reinsurance dispute, against American Bankers Insurance Company of Florida ("American Bankers"). Century invokes federal jurisdiction on diversity grounds. In that respect Complaint ¶1 identifies both facets of Century's dual corporate citizenship under 28 U.S.C. §1332(c) as Pennsylvania-based, while Complaint ¶2 alleges that both facets of American Bankers' citizenship are Florida-based.

That being the case, it is truly puzzling to find this action brought here in the Northern District of Illinois, assertedly "because a substantial part of the events giving rise to Plaintiff's claims occurred within this District" (Complaint ¶4). To that end Century alleges only that the reinsurance contract "was placed through a broker located in this District" (id.).

On that score this Court's examination of the December 1, 1975 Certificate of Reinsurance (attached as Complaint Ex. A) shows "Insurance Company of North America, Chicago Illinois" as

the reinsured--but that was 30 years ago, and Century's own Complaint begins by identifying itself "as successor to CCI Insurance Company, as successor to Insurance Company of North America." That same Certificate, as well as all of the Complaint's allegations, specify that the coverage at issue related to Pfizer, Inc., which was sited in New York at the time of issuance of the Certificate and which--as is well known--is not Illinois-based either. Consistently with what has already been said, Complaint Ex. B is a November 24, 1997 letter from American Bankers' home office in Miami to a Century entity in Philadelphia.

In short, it appears that 30 years of administration under the parties' reinsurance agreement have taken place, and it is out of that administration--not out of the original 1975 entry into the parties' agreement--that the present claims arise. That really belies what is said in Complaint ¶4.

As much as this Court enjoys resolving commercial disputes, the placement of this action in this forum strongly appears to equate to fitting a square peg into a round hole. Century's counsel is ordered to respond on or before February 3, 2006 as to why any one of at least three apparently more convenient forums is not more appropriate than this one.

                                   _____
                                   Milton I. Shadur
                                   Senior United States District Judge

Date: January 25, 2006